IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Washington, D.C.  20530

ROBERT D. MULLANEY
Trial Attorney, California State Bar No. 116441
Environment and Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
Telephone:  (415) 744-6491

Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAINT-GOBAIN CONTAINERS, INC., ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | No. 1:05-CV-00516-OWW-SMS <br><br> ORDER GRANTING JOINT MOTION TO TERMINATE CONSENT DECREE |

**ORDER**

    GOOD CAUSE APPEARING, IT IS ORDERED that the joint motion filed by the United States and Saint-Gobain Containers, Inc. to terminate the Consent Decree in this case is hereby GRANTED.

IT IS SO ORDERED.

**Dated:  September 9, 2010**          /s/ Oliver W. Wanger
                                                                    UNITED STATES DISTRICT JUDGE